In the Matter of THIRD AVENUE RAILWAY COMPANY, Appellant, against WILLIAM G. FULLEN et al., Constituting the Transit Commission, et al., Respondents.

(Argued April 22, 1935; decided May 21, 1935.)

*Alfred T. Davison* and *Addison B. Scoville* for appellant.

*Edward M. Deegan* and *George H. Stover* for Transit Commission, respondent.

*Paul Windels, Corporation Counsel (Joseph L. Weiner* of counsel), for City of New York, intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.